**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| L & S PARTNERSHIP, LLC, | : | No. 50 EAL 2018 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| PHILADELPHIA ZONING BOARD OF | : | |
| ADJUSTMENT AND PENNSPORT CIVIC | : | |
| ASSOCIATION, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.